# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                             dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                               ltrust@osbornlawpc.com

**MEMO ENDORSED**

August 12, 2025

**Application granted. The proposed schedule herein is acceptable to the Court.**

Date: August 13, 2025
New York, NY

**SO ORDERED:**

*/s/ Gary Stein*

HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE

<u>VIA ECF</u>

Honorable Judge Gary Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

          Re:     *Colon-Suliveres v. Commissioner of Social Security*
                      <u>Civil Action No. 1:25-cv-04158-GS</u>

Dear Judge Stein,

       We write on behalf of our client, Erica Colon-Suliveres, with the consent of the defense, to request a 90-day extension of time to file her motion for judgment on the pleadings which is currently due on August 20, 2025, per the Court's Standing Scheduling Order. This is the parties' first request for an extension. The plaintiff requests this extension due to a heavy caseload over the next several weeks and scheduled vacation.

       After conferring with the defendant, the parties have agreed to the following amended schedule, subject to the Court's approval:

- Plaintiff to file her motion for judgment on the pleadings on or before: **November 18, 2025;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **February 17, 2026**; and

- Plaintiff to file her reply, if any, on or before: **March 3, 2026.**

Honorable Gary Stein
August 12, 2025
Page Two

Thank you for your consideration of this request.

          Respectfully submitted,

          s/Daniel A. Osborn
          Daniel A. Osborn
          OSBORN LAW, P.C.
          43 West 43rd Street, Suite 131
          New York, New York 10036
          Telephone: 212-725-9800
          Facsimile: 212-500-5115
          dosborn@osbornlawpc.com

cc: Jonathan King, Esq. (by ECF)